IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

EVA D'ACHIARDI,                                    )
                              Plaintiff,           )
                                                   )
v.                                                 )          Case No. 08-2597-KHV
                                                   )
GFSI, INC. d/b/a GEAR FOR SPORTS, INC.,            )
                              Defendant.           )

## ORDER

On March 13, 2009, the court granted the parties' joint motion for an order directing the Kansas Human Rights Commission ("KHRC") to provide records pertaining to the charge filed by the plaintiff, Eva D'Achiardi, against the defendant, GFSI, Inc. d/b/a Gear for Sports, Inc., (KHRC Case No. 30603-07) (doc. 12). The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff for in camera review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature or attorney work product and, therefore, are not discoverable.

Copies of this order shall be served on all counsel of record and on the KHRC.

IT IS SO ORDERED.

Dated this 24th day of March, 2009, at Kansas City, Kansas.

                                           s/ James P. O'Hara
                                          James P. O'Hara
                                          U.S. Magistrate Judge

O:\ORDERS\08-2597-KHV-KHRC.wpd